**Richard GAUMOND**

v.

**Daniel J. VASSETT, Finance Director, City of Central Falls.**

**No. 82–313–Appeal.**

Supreme Court of Rhode Island.

March 18, 1983.

John F. McBurney, Pawtucket, for plaintiff.

Robert H. Newman, Central Falls, for defendant.

### ORDER

This case came before a hearing panel of this court on March 15, 1983 pursuant to an order to show cause why the award of interest made to the plaintiff should not be vacated in accordance with principles enunciated by this court in *Andrade v. State,* R.I., 448 A.2d 1293 (1982). After hearing arguments of counsel and considering the memorandum filed, we are of the opinion that the plaintiff has failed to show cause. Consequently, it is hereby ordered that the award of prejudgment interest to the plaintiff be vacated. The case is remanded to the Superior Court for entry of judgment consistent with this order.

MURRAY, J., and SHEA, J., did not participate.

**STATE ex rel. Aram K. BERBERIAN**

v.

**Thomas J. PAOLINO.**

**No. 81–408–Appeal.**

Supreme Court of Rhode Island.

March 18, 1983.

Michael Kiselica, Cranston, for plaintiff.

Robert S. Bruzzi, Providence, for defendant.

### ORDER

This matter was argued before the court on March 11, 1983, on our order to the plaintiff to show cause why his appeal should not be dismissed. After consideration of briefs and oral arguments, it is the conclusion of the court that no cause has been shown.

Therefore, the plaintiff's appeal is denied and dismissed, and the judgment appealed from is affirmed.